Certificate Number: 03088-PAE-DE-029978647

Bankruptcy Case Number: 17-16128



03088-PAE-DE-029978647

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 4, 2017, at 6:31 o'clock PM CDT, Kathleen Mason completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  October 4, 2017           By:    /s/Doug Tonne

                                 Name:  Doug Tonne

                                 Title: Counselor